```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT OF TEXAS
                       DEL RIO DIVISION

UNITED STATES OF AMERICA       §
                               §
VS.                            §        DR:19-CR-00834(2)-AM
                               §
CYNTHIA RENEE CAMACHO          §
       Defendant               §
```
___

**MOTION TO CONTINUE DOCKET CALL**
___

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE ALIA MOSES SITTING FOR THE WESTERN DISTRICT OF TEXAS:**

The Defendant in the above styled and numbered cause, **CYNTHIA RENEE CAMACHO**, respectfully moves the Court for an order continuing the Docket Call hearing on this matter until reset by the Court. In support of this motion, **CYNTHIA RENEE CAMACHO** would show the Court as follows:

**I.**

1. The Defendant is scheduled to appear before the United States District Court for the Western District of Texas for a Docket Call Hearing on August 13, 2019.

2. On August 6, 2019, Defense received notice of additional discovery. More time is required to review additional discovery with Defendant.

3. This Motion to Continue is not made for purposes of delay, but that justice may be done.

**II.**

**WHEREFORE, PREMISES CONSIDERED,** Defendant, CYNTHIA RENEE CAMACHO prays for all the foregoing relief and that her Motion to Continue Docket Call hearing be in all respects **GRANTED** by this Honorable Court.

Respectfully Submitted,

*"/s/ Sostenes Mireles II"*
Sostenes Mireles II
Texas State Bar Number:  24041497
Attorney at Law
Del Rio, Texas 78840
Telephone: (830) 775-6056
Fax: (866) 877-5852
Attorney for the Defendant

**CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the Motion to Continue was filed electronically with the U.S. District Clerk of the Court using the CM/ECF system which will send electronic notification to Assistant United States Attorney on the 7th day of August, 2019.

*"/s/ Sostenes Mireles II"*
Sostenes Mireles II

```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TEXAS
                    DEL RIO DIVISION
```

**UNITED STATES OF AMERICA**  §
                              §
**VS.**                       §    DR:19-CR-00834(2)-AM
                              §
**CYNTHIA RENEE CAMACHO**     §
     **Defendant**            §

---

**ORDER ON MOTION TO CONTINUE DOCKET CALL**

---

Defendant **CYNTHIA RENEE CAMACHO** Motion for Continuance is hereby:

_____         **GRANTED**

_____         **DENIED**

Signed in Del Rio, Texas on this the _____ day of _____, 2019.

_____
Honorable Alia Moses
United States District Judge